**File Hashes for IP Address 71.204.175.94**

**ISP:** Comcast Cable
**Physical Location:** San Francisco, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/16/2015 23:05:12 | D598DA20C4FF9439C641C03D19FAE3B128C65F40 | Bound By Desire |
| 07/03/2015 01:19:48 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack #116 |
| 06/26/2015 16:48:48 | F9BDA8DBDA6022B86BF0EB5715856FE413CC815C | Lovers in Paradise |
| 06/20/2015 01:27:46 | EA0FCD234716CD0ED00D1CF7537BE9879C726557 | Do It To Me One More Time |
| 06/19/2015 23:55:15 | CA0E8C0D2EC50EFF7DF8C95DBA50B3C26F78D86C | Above The Air |
| 05/20/2015 17:51:33 | 07B3A42CD8005257D89CE68D5C7CC0E51A3F31C2 | Do Not Keep Me Waiting Part #1 |
| 01/11/2015 04:16:50 | FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime |
| 01/11/2015 04:14:56 | 7CC474D24FB57785E1B230581C0E19B7E5F523C9 | Tease Me Please Me |
| 01/11/2015 04:13:34 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 01/11/2015 04:09:17 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 01/11/2015 04:07:15 | 256F20A4D002B5D48B30819A95EC8655165AB6C2 | Back For More |
| 12/30/2014 05:43:34 | 86332D351C894300C6138D326A10819211016A47 | Secret Weapon |
| 12/30/2014 03:09:11 | BC31032A7CAA0801ADB71BC4C2354777EBE11CED | Raw Passion |
| 12/30/2014 03:08:32 | 3297A403E354BD1880CCAF1AF4C9B1C9216789E2 | Hot Orgasm |
| 12/30/2014 03:06:04 | C64DEA736450FEA13E4D1EF511AFA4FB72751F7F | Pure Aubrey |
| 12/26/2014 17:11:56 | A9A598E6BBD25C6AA165B344D36FDE4884D1F7EF | Bottoms Up |
| 12/26/2014 17:01:10 | 2937538C56FE26898B8E8277A93996EBF48B5043 | Another Night |
| 12/26/2014 16:59:38 | 01FBE453B518849DA8D200AE68E00329C17998E7 | Fashion Models |
| 12/24/2014 18:57:09 | 6C0FF0E4E9B1458775384E762686DDFB5B250F81 | Highrise Rendezvous |
| 12/24/2014 18:56:34 | 34429A06336560BDEDA89FD870744967914949A1 | They Seem so Sweet |
| 12/24/2014 01:33:28 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 12/24/2014 01:32:34 | 0FF0B7182FBC423205C7E8DEBDB89B89101E32E1 | Fashion Models Are Bisexual |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/09/2014 03:23:45 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 12/09/2014 03:22:21 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 11/26/2014 06:06:21 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 10/17/2014 16:59:28 | 849A01A2869961894F0C2EE804AD245A3FCEE1C2 | Spanish Heat |
| 10/15/2014 22:13:21 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/15/2014 22:12:55 | 99F3366F1FDFCA0F5BCFCE4D15FDDF64B803F9F8 | Double Oh Heaven |
| 09/24/2014 20:33:34 | 2081A5CE02BB6EC3241391474945C81FCB881CEB | Brazilian Love Affair |
| 09/24/2014 04:35:21 | B7DE12E6D18EA2D8472B71E669889275F358EBFF | Sneak N Peek |
| 09/24/2014 00:03:54 | 1D7E74C33FAD4573A9D96C1F3EC14C0D02445DD02 | Hot Bath For Two |
| 09/14/2014 23:08:37 | 6E3CCB0E34500E4685F423E764D3C2D904DF933E | Saturday Eve |
| 08/30/2014 02:49:48 | 5BCE8A33864C3C7FDE40DCEDE4B7C50A3E2F356E | Play Me |
| 08/24/2014 23:22:04 | 6773B36E9675BCBC4258CD6324F119FB2D0FC75C | Grow Up With Me |
| 08/24/2014 21:08:09 | 2B8480CB79A535AF67A3F83433A328BAF17578D6 | Yeah Baby |
| 08/24/2014 21:02:45 | A09CF824939FB07AD105A6B7836A1472C46AD73F | Pool Party For Three |
| 08/24/2014 20:53:44 | CE182546909FB4A95FA7CC8CEDBA886F793FEAFE | Want You |
| 08/24/2014 20:48:45 | F4C80934CB8483B8F174356E87B676A79447D572 | Then They Were Three |
| 08/24/2014 20:46:56 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 08/22/2014 03:52:02 | 44F8AA742D98D7A6233FB208855549C53F3C1084 | Good Night Kiss |
| 08/22/2014 03:04:54 | 5F9B2975EA6D6665B2C02BF1032D964DB213B08E | Double Tease |
| 08/08/2014 20:14:05 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 08/08/2014 18:20:49 | 5B41CDDCE3334D93A12694242177F79B1063A2D1 | Black On White |
| 08/08/2014 18:14:47 | 7BAA7A9FAFC637FD0EA6F41BC89C57290827D70E | In the Blind |
| 08/08/2014 01:31:31 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 08/02/2014 22:42:54 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 08/01/2014 01:27:10 | D05CB186C19360FC84FA212562B360C7FD9BF4F6 | Sex With Glasses |

EXHIBIT A

NCA49

**Total Statutory Claims Against Defendant: 52**

EXHIBIT A